UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN JOSE VALDOVINOS,<br><br>Defendant. | NO. CR-02-0084-RHW<br>CV-07-0189-RHW<br><br>**ORDER DISMISSING DEFENDANT'S MOTION FOR TIME REDUCTION BY AN INMATE IN FEDERAL CUSTODY UNDER 28 U.S.C. § 2255** |

Before the Court is Defendant Juan Jose Valdovinos's Motion for Time Reduction by an Inmate in Federal Custody under 28 U.S.C. § 2255 (Ct. Rec. 39).

Defendant plead guilty to Conspiracy to Manufacture and Distribute over 50 Grams of Methamphetamine in violation of 21 U.S.C. § 841(a)(1). On November 22, 2002, the Court sentenced him to 135 months in prison, 5 years supervised release, and a $100 criminal monetary penalty. Defendant did not appeal his conviction or sentence.

Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts ("Rule 4") the Court must independently examine a Section 2255 motion to determine whether summary dismissal is warranted. Dismissal is appropriate if the movant's "allegations, viewed against the record, either fail to state a claim for relief or are so palpably incredible or patently frivolous as to warrant summary dismissal." *Marrow v. United States*, 772 F.2d 525, 526 (9th Cir. 1985); *see also United States v. Leonti*, 326 F.3d 1111, 1116

**ORDER DISMISSING DEFENDANT'S MOTION FOR TIME REDUCTION BY AN INMATE IN FEDERAL CUSTODY UNDER 28 U.S.C. § 2255 ~ 1**

(9th Cir. 2003).

On November 6, 2007, the Court entered an Order to Show Cause Why Summary Dismissal is Not Appropriate (Ct. Rec. 41).  On December 13, 2007, Defendant filed his response.  Defendant asserts that his lack of constructive knowledge of the filing requirement and the reasonableness in remaining ignorant of the legal requirement for failing to file his claim are exceptional and extraordinary circumstances that would justify equitably tolling the one-year statute of limitation of the Anti-Terrorism and Effective Death Penalty Act.

The Court finds that Defendant has not met his burden of showing that the statute of limitations should be equitably tolled.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Time Reduction by an Inmate in Federal Custody under 28 U.S.C. § 2255 (Ct. Rec. 39) is **DISMISSED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide a copy to the Defendant.

**DATED** this 28th day of March, 2008.

*s/Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2002\dismiss.wpd

**ORDER DISMISSING DEFENDANT'S MOTION FOR TIME REDUCTION BY AN INMATE IN FEDERAL CUSTODY UNDER 28 U.S.C. § 2255** ~ 2